# CATHERINE M. BROWN, L.L.C.
P.O. BOX 9058
MORRISTOWN, NEW JERSEY 07963-9058
(973) 984-9300
FACSIMILE (973) 984-6590

E-MAIL: CMB.CERTCIVATTY@GMAIL.COM

CERTIFIED BY THE SUPREME COURT OF NEW JERSEY  
AS A CIVIL & CRIMINAL TRIAL ATTORNEY

MEMBER NJ AND PA BARS

January 8, 2013

*Via PACER*
Hon. Kevin J. McNulty, U.S.D.J.
United States District Court
Lautenberg US P.O. & Cthse.,
Rm. 417
P.O. Box 999
Newark, NJ 07101-0999

Re: USA v. Khaseem Kelly  12 cr 705 (KM)
    Sentence Hearing Date: Jan. 30, 2013

Dear Judge McNulty:

My client, Mr. Kelly, is scheduled to be sentenced on Jan. 30, 2013. I write to request an adjournment of 3 weeks. I make this request because I am scheduled to begin a civil trial in the Essex Superior Court on Jan. 14, 2013. *ACBB-BITS v. Clancey Realty Group, ESX-L-93-07.* As that matter is 6 years old, I expect the case to be reached in the month of January.

As that trial will take about 2 weeks, I will not be able to review timely the draft presentence report with Mr. Kelly, nor timely submit a sentencing memo to the court.

I have spoken to my client, the Probation Officer, Ms. Kimberly Artist, and with the Assistant United States Attorney, James Donnelly, about my request and all consent to it.

I appreciate the court's consideration of my request.

Respectfully submitted,

s/Catherine M. Brown, Esq.

Cc: Khaseem Kelly
    James Donnelly, AUSA
    Kimberly Artist, USPO

SO ORDERED
/s/ Kevin McNulty, U.S.D.J.
Date: 1/9/2013
Sentence Date adjourned to 2/20/13 at 10:30 am.